Argued and submitted September 2, 1986, the Court of Appeals reversed and order of
LCDC affirmed May 27, 1987

## 1000 FRIENDS OF OREGON,
*Respondent on Review,*

*v.*

## LAND CONSERVATION AND DEVELOPMENT COMMISSION,
*Petitioner on Review.*

(84-CONT-384; CA A35143; SC S32959)

737 P2d 614

Michael A. Holstun, Assistant Attorney General, Salem, argued the cause for petitioner on review. With him on the petition were Dave Frohnmayer, Attorney General, William F. Gary, Deputy Attorney General, James E. Mountain, Jr., Solicitor General and Linda DeVries Grimms, Assistant Attorney General, Salem.

Richard P. Benner, Portland, argued the cause for respondent on review. On the response to the petition was Robert Liberty, Portland.

PER CURIAM

**PER CURIAM**

The decision of the Court of Appeals is reversed. The order of the Land Conservation and Development Commission is affirmed. *1000 Friends of Oregon v. LCDC (Tillamook Co.)*, 303 Or 430, 737 P2d 607 (1987).